UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Randall E. Gentry,

   Debtor.
_____/

Case No. 8:11-bk-03796-CED

Chapter 7

## DESIGNATION OF THE RECORD ON APPEAL

The Appellant, Andrea Bauman, Trustee in the above-captioned Chapter 7 case, by and through undersigned counsel, hereby designates the following pleadings, papers, transcripts and exhibits as the Record on Appeal and requests that the same be transmitted to the United States District Court for the Middle District of Florida:

| BANKRUPTCY OR ADVERSARY | PLEADING DESCRIPTION | PLEADING DOCUMENT NUMBER (IN NUMERICAL ORDER, STARTING WITH LOWEST DOCKET NO. | PLEADING FILE DATE |
|---|---|---|---|
| **Bankruptcy** | Voluntary Petition | 1 | 3/01/2011 |
| | Schedules A-J and Summary of Schedules | 11 | 3/16/2011 |
| | Statement of Intentions | 12 | 3/16/2011 |
| | Motion for Relief from Stay | 22 | 4/04/2011 |
| | Order Granting Motion from Relief from Stay | 27 | 5/02/2011 |
| | Report and Notice of Intention to Sell Property of the Estate | 33 | 5/26/2011 |
| | Amended Schedule A, B, C and Declaration Concerning Schedules | 36 | 6/02/2011 |

| Document | Doc # | Date |
|---|---|---|
| Response to Report and Notice of Intention to Sell Property of the Estate | 38 | 6/02/2011 |
| Amended Summary of Schedules | 43 | 6/06/2011 |
| Notice of Preliminary Hearing on Report of Notice of Intention to Sell Property of the Estate | 46 | 6/22/2011 |
| Amended Statement of Intentions | 48 | 6/29/2011 |
| Transcript from 6/29/2011 Hearing regarding the Report and Notice of Intention to Sell Property of the Estate | | 6/29/2011 |
| Objection to Debtor's Claim of Exemptions | 50 | 6/30/2011 |
| Order Scheduling Hearing on Trustee's Objection to Exemption Of Real Property and Sustaining Trustee's Objection to Exemption Of Personal Property | 51 | 7/01/2011 |
| Transcript from 7/27/2011 hearing Regarding the Objection to Debtor's Claim of Exemptions and Trustee's Report and Notice of Intention to Sell Property | | 7/27/2011 |
| Notice of Legal Authorities filed On behalf of Trustee Bauman | 64 | 8/17/2011 |
| Notice of Legal Authorities filed On behalf of Debtor | 65 | 8/18/2011 |
| Amendment to Notice of Legal Authorities filed on behalf of Debtor | 66 | 8/23/2011 |
| Supplemental Notice of Legal Authorities file on behalf of Debtor | 67 | 8/23/2011 |
| Transcript from 8/24/2011 hearing | | |

| | | |
|---|---|---|
| Regarding the Objection to Debtor's Claim of Exemptions of the Trustee And the Report and Notice of Intention To Sell Property | | 8/24/2011 |
| Order Sustaining Debtor's Objection to Chapter 7 Trustee's Report and Notice of Intention to Sell Property of the Estate | 69 | 9/02/2011 |
| Notice of Appeal to the United States District Court for the Middle District of Florida | 73 | 9/19/2011 |

Dated September 29, 2011

Respectfully submitted,
/s/ Christopher Nash_____
Christopher Nash, **FBN 0135046**
Leavengood, Nash, Dauval & Boyle, P.A.
2958 1st Avenue North
St. Petersburg, FL 33703
727-327-3328 – Phone
727-327-3305 – Fax
cnash@leavenlaw.com
Attorneys for the Trustee

**CERTIFICATE OF SERVICE**

I CERTIFY that on September 29, 2011, a true and correct copy of the above *Designation of the Record on Appeal* has been furnished electronically via the Court's CM/ECF system or via U.S. Mail to the following and to all others who requested to receive notice via this Court's CM/ECF filing system:

U. S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL, 33602

Mr. Randall E. Gentry
501 TPC Blvd.
Lutz, FL  33558

Marshall G. Reissman, Esq.
Reissman & Blanchard, P.A.
5150 Central Avenue
St. Petersburg, FL 33707

Andrea Bauman
PO Box 907
Highland City, FL 33846

/s/Christopher Nash_____
Attorney