# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## PART I PURCHASE ORDER FOR TRANSCRIPT

Bankruptcy Case Number: 8:11-bk-03796-CED Adversary Case No.: ____________

Court Reporter: Johnson Transcription Services

Date of Notice of Appeal filed: September 16, 2011

Name of Opposing Party: Mr. Randall E. Gentry

Name of Counsel: Leavengood & Nash, P.A.
(Firm, or individual if no firm)

Address: 2958 1st Avenue North
St. Petersburg, Florida 33713

Check one of the following:

☐ Transcript unnecessary for appeal purpose.

☐ Transcript is already on file in Clerk's Office.

☑ Request is hereby made to court reporter named above for a transcript of the following procedure(s). (*List date and type of hearing*)

(1) Preliminary Hearing on Report and Notice of Intention to Sell (6/29/2011 at 10:00 a.m.); (2) Continued Preliminary Hearing on same (7/27/2011 at 9:30 a.m.); (3) Continued Preliminary Hearing on same (8/24/2011 at 9:30 a.m.)

I personally guarantee payment of the cost of the transcript. Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: (727) 327-3328 Name: Christopher Nash / [signature]

Date: 9/29/2011 Attorney for: Andrea P. Bauman, Trustee

## PART II REPORTER'S ACKNOWLEDGEMENT

The following transcript order was received on: ____________

Satisfactory arrangements ☐ have ☐ have not been made for payment of the transcript cost.

No. of trial/hearing days ______ Estimated no. of pages ______ Estimated completion date ____________

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: ____________ Signature: ____________

**COPIES TO: ORIGINAL TO REQUESTOR - COURT REPORTER - COURT**